UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

ACORN; ACORN INSTITUTE, INC.; and
NEW YORK ACORN HOUSING
COMPANY, INC.

Plaintiffs,

vs.

UNITED STATES OF AMERICA, et al,

Defendants.

------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 12 2009 ★

BROOKLYN OFFICE

Civil Action No.

**09 4888**

RULE 7.1 FRCP DISCLOSURE

**GERSHON, J**
**BLOOM, M.J.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure plaintiffs

state as follows:

1. The Association of Community Organizations for Reform Now, Inc.

("ACORN") is a corporation incorporated under the Not for Profit Corporation Law of Arkansas.

It is a non-stock corporation. It has only one subsidiary, ACORN Services, Inc., which it wholly

owns, and which has no publicly traded shares.

2. Plaintiff ACORN Institute, Inc., is a corporation organized under the

Not for Profit Corporation Law of Louisiana. It is a non-stock corporation. It has no corporate

subsidiaries.

3. Plaintiff New York ACORN Housing, Inc. is a corporation organized

under the New York Not for Profit Corporation Law. It is a non-stock corporation. It has no

corporate subsidiaries.

Dated: November 12, 2009

Darius Charney (DC1619)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212)614-6464
dcharney@ccrjustice.org