**Judge Nina Gershon**
November 13, 2009 at 2:30 PM
Civil Cause for a Preliminary Injunction

Acorn et al v. United States of America et al     1:09-cv-04888-NG -LB

| Court Reporter: Anthony Frisolone | Courtroom Deputy: Victor Joe [DM] |
|---|---|
| Referred to: Magistrate Judge Lois Bloom | Date Filed: 11/12/2009 |
| Cause: 28:2201 Injunction | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: U.S. Government Defendant |

| Parties: | Represented by: |
|---|---|
| **Acorn**<br>**Acorn Institute, Inc.**<br>**New York Acorn Housing Company, Inc.**<br><br>vs.<br><br>**United States of America**<br>**Shaun Donovan**, *Secretary of the Department of Housing and Urban Development*<br>**Peter Orszag**, *Director, Office of Management and Budget*<br>**Timothy Geithner**, *Secretary of the Department of Treasury of the United States* | **Darius Charney & Joshua Lobel**<br>Center for Constitutional Rights<br>666 Broadway, 7th Floor, New York, NY 10012<br>212-614-6464   Fax: 212-614-6499<br>Email: dcharney@ccrjustice.org<br>bquigley@ccrjustice.org<br><br>**Peter D. Leary**<br>Trial Attorney - Federal Programs Branch<br>20 Massachusetts Ave, NW<br>Washington, DC 20530<br>(202) 514-3313<br>peter.leary@usdoj.gov<br><br>**Susan Reilly**<br>US Attorney's Office-EDNY<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 |

**Minutes:** Case called. All parties present. For reasons stated on the record, the plaintiffs' application for a temporary retraining order was denied on the record.

The following is the briefing scheduled for submissions:

        The government's papers shall be served by 1 pm on December 1, 2009.

        The plaintiffs' response shall be served and filed by 1 pm on December 4, 2009.

A hearing is scheduled for December 4, 2009 at 11:00 AM.