UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW, et al., | : : : | Civil Action No. 09-CV-4888 (NG) |
| Plaintiffs, | : : : | |
| vs. | : : | (Gershon, J.) (Bloom, M.J.) |
| UNITED STATES OF AMERICA, et al., | : : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Defendants United States of America, Shaun Donovan, Secretary of the Department of Housing and Urban Development; Peter Orszag, Director of Office of Management and Budget; and Timothy Geithner, Secretary of the Department of the Treasury of the United States hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's Opinion and Order dated December 11, 2009 (docket number 9) and the Preliminary Injunction entered December 11, 2009 (docket number 10).

Dated: December 16, 2009          Respectfully Submitted,

TONY WEST
Assistant Attorney General

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

BENTON J. CAMPBELL
United States Attorney

F. FRANKLIN AMANAT
Assistant United States Attorney

/s/ Peter D. Leary

PETER D. LEARY, Virginia Bar #71196
MICHAEL SITCOV, D.C. Bar # 308682
BRADLEY H. COHEN, D.C. Bar #495145
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7322
P.O. Box 883
Washington, D.C. 20044
(202) 514-3313
(202) 616-8470 (fax)
Email: Peter.Leary@usdoj.gov

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I, Peter D. Leary, hereby certify under penalty of perjury that on this sixteenth day of December, 2009, I did cause true and correct copies of the above and foregoing instrument, Federal Defendants' Notice of Appeal, to be served electronically on counsel for plaintiffs.

/s/ Peter D. Leary
PETER D. LEARY
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C. 20044
(202) 514-3313
(202) 616-8470 (fax)
Email: peter.leary@usdoj.gov