UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x

ASSOCIATION OF COMMUNITY
ORGANIZATIONS FOR REFORM
NOW, *et al.*,

                Plaintiffs,

vs.

UNITED STATES OF AMERICA, *et al.*,

                Defendants.

----------------------------------------------------x

Civil Action No. 09-CV-4888 (NG)(LB)

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

      Upon the copies of the Verified First Amended Complaint, executed on December 17, 2009, Plaintiffs' Memorandum of Law in Support of their Motion to Modify or Amend the December 11, 2009 Preliminary Injunction, and the certificate of Darius Charney, Esq., dated December 17, 2009, all of which are annexed hereto, and good cause being shown therein, Defendants are hereby:

      ORDERED TO SHOW CAUSE, before this Court, on December 22, 2009, at 2:30 pm, at Courtroom 6D in the United States Courthouse, located at 225 Cadman Plaza East, Brooklyn, NY 11201, why this Court should not enter an Order, pursuant to Rule 65 of the Federal Rules of Civil Procedure, modifying and amending its December 11, 2009 Preliminary Injunction (Dkt # 10) to restrain and enjoin Defendants, and all those acting in concert with them, from:

      (a) enforcing Division A, Title IV, Section 418; Division E, Title V, Section 511; and Division B, Title VI, Section 534 of the FY 2010 Consolidated Appropriations Act, H.R. 3288, P.L. _____, which was signed into law by the President of the United States on December 16, 2009; and

(b) enforcing Division A, Title IV, Section 427 of P.L. 111-88, which was signed into law on October 30, 2009; and

(c) taking any other legislative action to punish Plaintiffs, or any of their affiliates, subsidiaries, or organizations which associate with Plaintiffs; and it is hereby further

ORDERED that Defendants shall file with the Court and serve on Plaintiffs all papers in response to Plaintiffs' motion to modify or amend the Court's December 11, 2009 Preliminary Injunction (Dkt # 10) by no later than 5:00pm on December 18, 2009, and it is hereby further

ORDERED that personal service of this Order, and the papers supporting its issuance, upon the United States Attorney for the Eastern District of New York on or before December17, 2009, shall be considered sufficient.

ENTER:

_____
United States District Judge

Date:_____

Time:_____