UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ACORN; ACORN INSTITUTE, INC.; and
NEW YORK ACORN HOUSING
COMPANY, INC.,

                    **Plaintiffs,**

              **ORDER**

      **-against-**

             09-cv-4888 (NG)

UNITED STATES OF AMERICA;
SHAUN DONOVAN, Secretary of the
Department of Housing and Urban Development;
PETER ORSZAG, Director,
Office of Management and Budget; and
TIMOTHY GEITHNER,
Secretary of the Department of Treasury
of the United States,

                    **Defendants.**
------------------------------------------------------------x
**GERSHON, United States District Judge:**

      By motion dated December 16, 2009, defendants move for reconsideration of this court's December 11, 2009, opinion and order granting plaintiffs' motion for a preliminary injunction. In the alternative, defendants seek amendment of the injunction. Plaintiffs, on December 17, 2009, submitted an amended complaint. Plaintiffs also seek modification of the preliminary injunction.

      Defendants are directed to file their response to plaintiffs' motion by 5:00 PM on December 18, 2009. Plaintiffs are directed to respond to defendants' motion by the same date and time.

      The parties are directed to appear for a hearing on their motions on Tuesday, December 22, 2009, at 2:30 PM, in Courtroom 6D South, 225 Cadman Plaza East, Brooklyn, New York.

SO ORDERED.

_____/s/_____
**NINA GERSHON**
**United States District Judge**

**Dated: December 17, 2009**
      **Brooklyn, New York**