# Exhibit 2

**United States Senate**
WASHINGTON, DC 20510

September 23, 2009

The Honorable Gene L. Dodaro
Acting Comptroller General
U.S. Government Accountability Office
441 G Street, NW, Room 7125
Washington, DC 20548

Dear Mr. Dodaro,

I am writing to request that the Government Accountability Office (GAO) undertake a review of ACORN, otherwise known as the Association of Community Organizations for Reform Now. For purposes of this letter, the term ACORN shall mean the organization itself, its subsidiaries, its affiliates, and the employees of all such organizations.

Any such investigation should:

(1) Analyze the business structure and organizational management of ACORN.
(2) Analyze ACORN's compliance with state, local and federal law.
(3) Examine ACORN's tax structure focusing on a delineation of what activities fall under their 501(c)3 umbrella and what, if any, do not.
(4) Compile a comprehensive list of all federal funding that ACORN has received since its inception; including, but not limited to, contracts, cooperative agreements, grants, appropriations and emergency funding.
(5) Examine grants or payments for services made by ACORN, its subsidiaries or affiliates.
(6) Examine grants or payments for services received by ACORN, its subsidiaries or affiliates.

Current voter fraud investigations in several states, prior fraud convictions, and new videos showing apparent illegal activity by ACORN employees suggest that at the very least the organization warrants a top to bottom investigation on behalf of the taxpayer. Taxpayers deserve nothing less than a thorough and transparent accounting of ACORN's activities.

Sincerely,

Mike Johanns

Kay Bailey Hutchison

Saxby Chambliss

Jim Bunning

_J. Thune_ _____    _Pat Roberts_ _____

_Dick Lugar_ _____    _Sam Brownback_ _____

_Orrin G. Hatch_ _____    _Johnny Isakson_ _____

_Richard Shelby_ _____    _Lamar Alexander_ _____

_John Barrasso_ _____    _Tom Coburn_ _____

_Chuck Grassley_ _____    _Roger Wicker_ _____

_George V. Voinovich_ _____    _John Thune_ _____

_Susan M. Collins_ _____    _Mike Crapo_ _____