UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASSOCIATION OF COMMUNITY
ORGANIZATIONS FOR REFORM NOW;
ACORN INSTITUTE, INC.;
and MHANY MANAGEMENT, INC.,
f/k/a NEW YORK ACORN HOUSING COMPANY, INC.,
        Plaintiffs,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ MAR 9 - 2010
BROOKLYN OFFICE

ORDER
09-cv-4888 (NG)

-against-

UNITED STATES OF AMERICA;
SHAUN DONOVAN, Secretary
of the Department of Housing and Urban Development;
PETER ORSZAG, Director, Office of Management and Budget;
TIMOTHY GEITHNER, Secretary
of the Department of Treasury of the United States;
LISA P. JACKSON, Administrator
of the Environmental Protection Agency;
GARY LOCKE, Secretary
of Commerce; and
ROBERT GATES, Secretary of Defense.

        Defendants.
------------------------------------------------------------X
GERSHON, United States District Judge:

  Christopher Earl Strunk, a *pro se* non-party to this action, has moved to intervene. Both plaintiffs and defendants oppose the motion. Strunk has no individual connection with any of the parties in this case, and he has failed to demonstrate any direct interest in the case other than a private citizen's general concern over its outcome. *See Person v. N.Y. State Bd. Of Elections*, 467 F.3d 141, 144 (denying intervention because the proposed intervenor "allege[s] little more than abstract interest in the democratic process of New York State."). Nor has he alleged any relevant connection between his many pending cases in this and other courts and the action at

hand that would warrant his intervention in this suit. Therefore, he has not met the requirements for either intervention as of right under Fed. R. Civ. P. 24(a) or for permissive intervention under Fed. R. Civ. P. 24(b). The motion is denied.

SO ORDERED.

_____
**NINA GERSHON**
**United States District Judge**

Dated: March 8, 2010