# MEMORANDUM

United States District Court
Eastern District of New York

RECEIVED
In Chambers of
U.S.D.J. Gershon

APR 2 0 2010

To:   Judge Gershon
      United States District Judge
From: Mary Ann McGee
      Appeals Clerk

Date: 4/19/10

CV- 09-4888

<u>Acorn v. USA</u>

(Christopher-Earl Strunk)

### Attached please find Motion/Request for:

| | Granted | Denied |
|---|---|---|
| __X__ Leave to appeal in forma pauperis | | ✓ |
| _____ Certificate of Appealability | | |
| _____ Notice of Appeal. There is no request for or ruling on, Certificate of Appealability. | | |
| _____ Extension of Time to File Notice of Appeal | | |
| _____ Assignment of Counsel. | | |
| _____ Certification for Interlocutory Appeal Pursuant to 28 USC 1292(b) | | |

DATED: 4/27/10

_____
U.S. DISTRICT COURT JUDGE