## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW, et al., | : : : | Civil Action No. 09-CV-4888 (NG) |
| Plaintiffs, | : : : | (Gershon, J.) |
| vs. | : : | (Bloom, M.J.) |
| UNITED STATES OF AMERICA, et al., | : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

WHEREAS, plaintiffs state that ACORN and ACORN INSTITUTE are currently in bankruptcy proceedings, and the U.S. Department of Housing and Urban Development previously determined that plaintiff MHANY is not an affiliate, subsidiary or allied organization of ACORN, and

WHEREAS, plaintiffs state that in light of the aforementioned facts, they do not desire to continue the present action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of this action with prejudice.  The parties will bear their own costs and fees.

Dated: August 1, 2011                               Respectfully Submitted,

\s\ Darius Charney                               TONY WEST
DARIUS CHARNEY (DC 1619)          Assistant Attorney General
666 Broadway, 7th Floor                     IAN HEATH GERSHENGORN
New York, NY 10012                          Deputy Assistant Attorney General

Tel: 212-614-6475
Fax: 212-614-6499                           LORETTA E. LYNCH
Center for Constitutional Rights            United States Attorney

*CCR cooperating attorneys:*

Jules Lobel (JL8780)
3900 Forbes Avenue                          /s/ Peter D. Leary
Pittsburgh, PA 15260                        PETER D. LEARY, Virginia Bar #71196
                                            MICHAEL SITCOV, D.C. Bar # 308682
Goodman & Hurwitz, P.C.                     BRADLEY H. COHEN, D.C. Bar #495145
William Goodman (WG1241)                     U.S. Department of Justice
Julie H. Hurwitz                            Civil Division, Federal Programs Branch
1394 East Jefferson                         20 Massachusetts Ave., N.W. Room 7322
Detroit, Michigan 48207                     P.O. Box 883
313.567.6170                                Washington, D.C. 20044
                                            (202) 514-3313
Arthur Z. Schwartz (AZ52683)                (202) 616-8470 (fax)
275 Seventh Avenue                          Email: Peter.Leary@usdoj.gov
New York, NY 10001

*Attorneys for Plaintiffs*                    *Attorneys for Defendants*